THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* GEORGE P. PHILLIPS, Appellant.

*Crimes — attempted rape in first degree — judgment of conviction affirmed.*

*People* v. *Phillips*, 204 App. Div. 112, affirmed.

(Argued March 6, 1923; decided March 20, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 5, 1923, which affirmed a judgment of the Orange County Court rendered upon a verdict convicting defendant of the crime of attempted rape in the first degree.

*Nathaniel Levy* for appellant.

*Jonathan D. Wilson, Jr.* (*Henry Grusky* of counsel), for respondent.

Judgment affirmed. The question whether a person accused of attempted rape may be convicted upon the evidence of the complainant unsupported by other evidence is not presented by the record; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

MAX WULFSOHN et al., Respondents, *v.* RUSSIAN SOCIALIST FEDERATED SOVIET REPUBLIC, Appellant.

(Submitted March 12, 1923; decided March 20, 1923.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 234 N. Y. 372.)